UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTONIO WILLIAMSON, | ) CASE NO. 5:21-cv-00565 |
| Plaintiff, | ) JUDGE JOHN R. ADAMS |
| vs. | ) **PLAINTIFF'S FOURTH 30-DAY STATUS REPORT** |
| SHERIFF KANDY FATHEREE, *et al.*, | ) |
| Defendants. | ) |

Now comes Plaintiff Antonio Williamson, and pursuant to the Court's Case Management Plan (Doc. #: 49), hereby submits his fourth status report and states as follows:

Plaintiff's discovery deposition was completed on August 8 and August 9, 2024. The depositions of Defendants McMillan and Forney are scheduled for September 17, 2024. The depositions of Defendants Kline and Rhoades are scheduled for September 20, 2024. Plaintiff is working with defense counsel to secure dates for the depositions of Defendants Barry and Sheriff Fatheree.

Defense counsel has provided Plaintiff with medical records obtained from the Cleveland Clinic Foundation, University Hospitals, Walk-In Urgent Care & Job Care Services, Discount Drug Mart, University Hospitals billing, Bruce T. Cohn, MD, University Hospitals Physician Services and Western Dental/Dental Works of Beachwood. Plaintiff executed additional authorizations in favor of Defendants for New Perspective Counseling Center, LLC/Katherine Greig, LPC, LISW, Visionworks Optometry, Elite Dentistry Center

of Beachwood, Bright Now! Dental & Orthodontics, and Giant Eagle Pharmacy, and CVS Pharmacy for which no records have yet been provided by Defendants to Plaintiff.

Plaintiff has no further updates since his third Status Report.

Respectfully submitted,

*/s/ Michael P. Lewis*
NICHOLAS A. DICELLO (0075745)
JEREMY A. TOR (0091151)
MICHAEL P. LEWIS (0099621)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232 | (216) 696-3924 (FAX)
*ndicello@spanglaw.com*
*jtor@spanglaw.com*
*mlewis@spanglaw.com*

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of August 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

/s/ Michael P. Lewis
NICHOLAS A. DICELLO (0075745)
JEREMY A. TOR (0091151)
MICHAEL P. LEWIS (0099621)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232 | (216) 696-3924 (FAX)
*ndicello@spanglaw.com*
*jtor@spanglaw.com*
*mlewis@spanglaw.com*

***Counsel for Plaintiff***

3