UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTONIO WILLIAMSON | ) | Case No. 5:21-cv-00565 |
| | ) | |
| Plaintiff | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -v- | ) | |
| | ) | **SIXTH 30-DAY STATUS REPORT** |
| SHERIFF KANDY FATHEREE, et al. | ) | **OF DEFENDANTS CITY OF AKRON,** |
| | ) | **JEROME PATRICK MCMILLAN, AND** |
| Defendants | ) | **GERALD E. FORNEY** |
| | ) | |
| | ) | |

1. The Parties have exchanged written discovery, have conducted Plaintiff's deposition, and are in the process of completing Defendants' depositions.

2. The Parties have not engaged in settlement discussions during the reporting period.

3. The Parties filed a joint motion to extend certain case management deadlines, which the Court granted.

4. There are no developments that may give rise to a request to deviate from the Case Management Plan (Doc. #: 86 & 87).

Respectfully submitted,

Deborah S. Matz
Director of Law

/s/ Kirsten L. Smith
John Christopher Reece – No. 0042573
Brian D. Bremer – No. 0087363
Kirsten L. Smith – No. 0099074
Assistant Directors of Law
172 S. Broadway St., Suite 200
Akron, OH 44308
(330) 375-2030; Fax: (330) 375-2041
jreece@akronohio.gov
bbremer@akronohio.gov

1

klsmith@akronohio.gov
*Attorneys for Akron Defendants*

## **CERTIFICATE OF SERVICE**

This is to certify that, on October 21, 2024, a true copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kirsten L. Smith
Kirsten L. Smith (0099074)