UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTONIO WILLIAMSON, ) | CASE NO. 5:21-cv-00565 |
| ) | |
| Plaintiff, ) | JUDGE JOHN R. ADAMS |
| ) | |
| vs. ) | **PLAINTIFF'S SIXTH 30-DAY** |
| ) | **STATUS REPORT** |
| SHERIFF KANDY FATHEREE, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

Now comes Plaintiff Antonio Williamson, and pursuant to the Court's Case Management Plan (Doc. #: 49), hereby submits his sixth status report and states as follows:

Plaintiff's discovery deposition was completed on August 8 and August 9, 2024. The deposition of Defendant McMillan was completed on September 17, 2024. The depositions of Defendants Kline and Rhoades were completed on September 20, 2024. The deposition of Defendant Forney is scheduled for October 24, 2024. The deposition of Defendant Fmr. Sheriff Barry is scheduled for October 25, 2024. Sheriff Fatheree's deposition was rescheduled from October 17, 2024 and is now set for November 21, 2024. The parties rescheduled the deposition of Sheriff Fatheree in order to provide the Sheriff's Office with additional time to produce documents. These documents were responsive to Plaintiff's initial discovery requests and were also specifically requested on September 23 and 26 following the depositions of Detective Kline and Chris Rhoades. Counsel for the Sheriff has not provided a date on which any additional documents will

be provided, although Plaintiff's counsel requested that they be provided by Wednesday, October 23, 2024, in advance of the deposition of Fmr. Sheriff Barry.

Plaintiff has requested and is working with defense counsel to secure dates for the depositions of Lt. Ryan Gleespen and Chief Scott Cottle. Plaintiff has issued subpoenas for the depositions of Ohio Attorney General employees Michelle Roach-Haver and Cynthia Peterman on November 5, 2024.

Plaintiff has no further updates since his fifth Status Report.

Respectfully submitted,

*/s/ Michael P. Lewis*
NICHOLAS A. DICELLO (0075745)
JEREMY A. TOR (0091151)
MICHAEL P. LEWIS (0099621)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232 | (216) 696-3924 (FAX)
*ndicello@spanglaw.com*
*jtor@spanglaw.com*
*mlewis@spanglaw.com*

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of October 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

/s/ Michael P. Lewis
NICHOLAS A. DICELLO (0075745)
JEREMY A. TOR (0091151)
MICHAEL P. LEWIS (0099621)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232 | (216) 696-3924 (FAX)
*ndicello@spanglaw.com*
*jtor@spanglaw.com*
*mlewis@spanglaw.com*

***Counsel for Plaintiff***