IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTONIO WILLIAMSON, | CASE NO.   5:21-CV-00565 |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| vs. | |
| SHERIFF KANDY FATHEREE, IN HER OFFICIAL CAPACITY AS SUMMIT COUNTY SHERIFF, ET AL., | **DEFENDANT SHERIFF KANDY FATHEREE'S 30-DAY STATUS REPORT** |
| Defendants. | |

1. The current discovery cut-off date in this matter is February 11, 2025, and the parties do have additional depositions to schedule that will be impacted by the pending discovery issue before the Court involving the dissemination and/or use of OHLEG audit reports. The parties submitted individual position statements to the Court regarding this issue on November 20, 2024, and await further guidance from the Court. On January 14, 2025, Plaintiff issued a subpoena for the deposition of Moriah Asefi for January 30, 2025.

2. The parties have not engaged in settlement discussions during the reporting period.

3. There are no pending motions.

4. Subject to the timing of the Court's resolution of the pending OHLEG audit report issues, there may be a need for further modification of the current schedule.

22618812 _1 102116.0007

        Respectfully submitted,

        */s/ Aretta K. Bernard*
        Aretta K. Bernard (39116)
        abernard@ralaw.com
        Stephanie Olivera Mittica (0095651)
        smittica@ralaw.com
        Roetzel & Andress, LPA
        222 South Main Street
        Akron, OH  44308
        Telephone:  330.376.2700
        Telephone:  330.376.4577

        ATTORNEYS FOR DEFENDANT
        SHERIFF KANDY FATHEREE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on January 17, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        */s/ Aretta K. Bernard*
        One of the Attorneys for Defendant Sheriff
        Kandy Fatheree