UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTONIO WILLIAMSON, | ) | CASE NO. 5:21-cv-00565 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | **JOINT MOTION BY PLAINTIFF** |
| | ) | **AND DEFENDANTS KLINE,** |
| SHERIFF KANDY FATHEREE, *et al.,* | ) | **BARRY, AND RHOADES FOR** |
| | ) | **MODIFICATION OF THE** |
| Defendants. | ) | **CASE MANAGEMENT ORDER** |
| | ) | |

Plaintiff Antonio Williamson and Defendants Kline, Barry, and Rhoades, by and through undersigned counsel, jointly move the Court for an extension of the current fact discovery, expert discovery, and dispositive motion deadlines set by the Court (Doc. # 95). Defendants City of Akron, McMillan, and Forney do not oppose this Motion. Plaintiff's counsel inquired whether Sheriff Fatheree opposes this Motion but has not received a response as of the date of this filing.

For the reasons discussed herein, Plaintiff and Defendants Kline, Barry, and Rhoades respectfully submit that good cause exists for the Court to issue an amended Case Management Order allowing an additional sixty days for the parties to conduct and complete necessary fact discovery and to produce expert reports. This request is made in good faith and not for purposes of delay.

Counsel have been working cooperatively to complete fact discovery in this case. However, there are still several depositions that need to take place, as noted in the parties' respective Status Reports. These depositions raise a discovery issue regarding the Ohio Law Enforcement Gateway ("OHLEG") audit reports. The parties have requested the Court's guidance on this issue and submitted their respective position statements to the Court on November 20, 2024. Counsel have not scheduled these remaining depositions and await the Court's guidance and

instruction on the OHLEG discovery issue before proceeding.

For the reasons discussed herein, good cause exists for the Court to issue an amended Case Management Order allowing an additional sixty days for the parties to conduct and complete necessary fact discovery, to produce expert reports, and to complete expert discovery. A commensurate extension of the dispositive motion deadline is also requested.

Accordingly, the parties respectfully request the Court enter an amended Case Management Order modifying the deadlines set forth below as follows:

|  | Current Deadline | Proposed New Deadline |
|---|---|---|
| Fact discovery: | February 11, 2025 | April 11, 2025 |
| Expert Report(s) for party bearing burden of proof: | February 17, 2025 | April 18, 2025 |
| Responsive report(s): | April 14, 2025 | June 13, 2025 |
| Expert Depositions: | May 14, 2025 | July 14, 2024 |
| Dispositive Motions: | June 14, 2025 | August 13, 2025 |

For the foregoing reasons, the parties move the Court for an Amended Case Management Order adopting the above proposed dates/deadlines to allow for additional time for the parties to complete discovery.

Respectfully submitted,

*/s/ Michael P. Lewis*
NICHOLAS A. DICELLO (0075745)
JEREMY A. TOR (0091151)
MICHAEL P. LEWIS (0099621)
SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
*ndicello@spanglaw.com*
*jtor@spanglaw.com*
*mlewis@spanglaw.com*
**Counsel for Plaintiff**

*/s/ John D. Pinzone*
John D. Pinzone (0075279)
Jillian Eckart (0088770)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
*jpinzone@mrrlaw.com*
*jeckart@mrrlaw.com*
***Counsel for Defendants Det. Jason Kline, Fmr. Sheriff Steve Barry & Ins. Chris Rhoades, Sr.***

**CERTIFICATE OF SERVICE**

I hereby certify on February 7, 2025, I electronically filed the foregoing with the Clerk of Courts by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

*/s/ Michael P. Lewis*
MICHAEL P. LEWIS (0099621)
***Counsel for Plaintiff***