IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTONIO WILLIAMSON, | CASE NO. 5:21-CV-00565 |
| Plaintiff, | JUDGE JOHN R. ADAMS |
| vs. | |
| SHERIFF KANDY FATHEREE, IN HER OFFICIAL CAPACITY AS SUMMIT COUNTY SHERIFF, ET AL., | **DEFENDANT SHERIFF KANDY FATHEREE'S 30-DAY STATUS REPORT** |
| Defendants. | |

1. The discovery cut-off date in this matter was February 11, 2025. The parties do have additional depositions to schedule that have been impacted by the pending discovery issue before the Court involving the dissemination and/or use of OHLEG audit reports. The parties submitted individual position statements to the Court regarding this issue on November 20, 2024, and await further guidance from the Court. On January 14, 2025, Plaintiff issued a subpoena for the deposition of Moriah Asefi for January 30, 2025. Ms. Asefi's deposition did not go forward on January 30, 2025. On February 11, 2025, Plaintiff issued a second subpoena for the deposition of Ms. Asefi for February 21, 2025.

2. The parties have not engaged in settlement discussions during the reporting period.

3. On February 7, 2025, Plaintiff and Defendants Kline, Barry, and Rhoades filed a Joint Motion for Modification of the Case Management Order. (Doc. #108). Of note, Plaintiff

2

misleading states, "Plaintiff's counsel inquired whether Sheriff Fatheree opposes this Motion but has not received a response as of the date of this filing." Contrary to this representation, the undersigned did timely respond to Plaintiff's counsel on February 5, 2025, and stated that Sheriff Fatheree in her official capacity would not join in the motion. In so doing, the undersigned explained that depending on when the Court addresses the pending OHLEG issue, the Court in its discretion can address the appropriate extension to complete the depositions previously requested.

4. Given that the discovery deadline has now passed, there may be a need for further modification of the current schedule.

Respectfully submitted,

/s/ Aretta K. Bernard
Aretta K. Bernard (39116)
abernard@ralaw.com
Stephanie Olivera Mittica (0095651)
smittica@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH  44308
Telephone:  330.376.2700
Telephone:  330.376.4577

ATTORNEYS FOR DEFENDANT
SHERIFF KANDY FATHEREE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on February 17, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Aretta K. Bernard*
One of the Attorneys for Defendant Sheriff
Kandy Fatheree

22775703 _1 102116.0007