UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTONIO WILLIAMSON, ) | CASE NO.: 5:21-CV-00565 |
| ) | |
| Plaintiff, ) | JUDGE JOHN R. ADAMS |
| ) | |
| vs. ) | **TENTH 30-DAY STATUS REPORT OF** |
| ) | **DEFENDANTS DET. JASON KLINE,** |
| SHERIFF KANDY FATHEREE, et al., ) | **FMR. SHERIFF STEVE BARRY AND** |
| ) | **INS. CHRIS RHOADES, SR.** |
| Defendants ) | |

Now come Defendants Det. Jason Kline, Fmr. Sheriff Steve Barry and Ins. Chris Rhoades, Sr., and pursuant to the Court's Case Management Plan (Doc. #49), hereby submits their tenth status report and states as follows:

1. The current discovery cut-off date is February 11, 2025. A motion to extend the litigation deadlines has been filed. These Defendants will continue discovery efforts in a cooperative manner. The parties submitted individual position statements to the Court regarding dissemination and/or use of OHLEG audit reports and await further guidance from the Court. Plaintiff has issued a subpoena for the deposition of Moriah Asefi scheduled for February 21, 2025.

2. The parties have not engaged in settlement discussions during this reporting period.

3. There is currently a motion to extend litigation deadlines. The parties are also awaiting a determination relating to dissemination and/or use of OHLEG audit reports.

4. These Defendants are amenable to a modification of the current litigation schedule if needed based on a determination of the pending OHLEG audit report issues.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/John D. Pinzone*
JOHN D. PINZONE (0075279)
JILLIAN ECKART (0088770)
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   jpinzone@mrrlaw.com
              jeckart@mrrlaw.com

Counsel for Defendants Det. Jason Kline, Fmr. Sheriff Steve Barry and Ins. Chris Rhoades, Sr.

### **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2025, a copy of the foregoingTenth 30-Day Status Report of Defendants Det. Jason Kline, Fmr. Sheriff Steve Barry and Ins. Chris Rhoades, Sr. was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/John D. Pinzone*
JOHN D. PINZONE (0075279)

Counsel for Defendant Det. Jason Kline, Fmr. Sheriff Steve Barry and Ins. Chris Rhoades, Sr.